IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG D. NEAR AND<br>GENZIKO, INC.<br><br>Defendants. | Criminal Indictment No.<br><br>1:14-CR-271-TWT-LTW |

### BILL OF PARTICULARS

The United States of America, by Sally Quillian Yates, United States Attorney, and Jenny R. Turner, Assistant United States Attorney for the Northern District of Georgia, hereby files a Bill of Particulars specifying certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment:

a. $81,378.55 from Renasant Bank account no. XXXXXX0460;

b. $2,883.17 from Renasant Bank account no. XXXXXX1092.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

/s/Jenny R. Turner
*Assistant United States Attorney*
Georgia Bar No. 719439
Jenny.Turner@usdoj.gov

600 U.S. Courthouse   75 Spring Street SW   Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 2, 2014

/s/ Jenny R. Turner
Jenny R. Turner
Assistant United States Attorney